E-FILED
Tuesday, 10 July, 2007 12:13:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| DAVID KEEF, individually, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive.<br><br>    Defendants. | Case No.:<br><br>**CERTIFICATE OF INTEREST** |

The undersigned, counsel of record for DAVID KEEF, PLAINTIFF furnishes the following in compliance with Rule 11.3 of this court.

    (1)    David Keef, Plaintiff

    (2)    Not applicable

    (3)    Robert W. Thompson, Esq. (California State Bar No. 106411)

           Douglas A. Wright, Esq. (California State Bar No. 239112)

           Callahan, McCune & Willis, APLC

DATED: 7/10/07

CALLAHAN, McCUNE & WILLIS, APLC

By _____

Robert W. Thompson, Esq. (SBN 106411)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel:  (714) 730-5700
Fax:  (714) 730-1642

Lead Counsel for Plaintiff, individually, and on behalf of all other similarly situated,

\\cmwoc-dc\Files\PLF\070012\Pldgs\p-Cert of Interest.doc