**E-FILED**
Tuesday, 10 July, 2007 01:19:22 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |
|---|---|---|

DAVID KEEF, individually, and on behalf of all
others similarly situated,

V.

M.A. MORTENSON COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-1183

TO: (Name and address of Defendant)

M.A. MORTENSON COMPANY
700 MEADOW LANE N.
MINNEAPOLIS, MN  55422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. THOMPSON, ESQ.
CALLAHAN, MCCUNE & WILLIS APLC
111 FASHION LANE
TUSTIN, CALIFORNIA 92780
(714) 730-5700

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    7/10/07

CLERK                                                DATE
        s/ S. Marvel

(By) DEPUTY CLERK