**IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **DAVID KEEF, individually, and on behalf of all others similarly situated,** | )<br>)<br>) |
| Plaintiffs, | )    Case No. 07-c-1183 |
| vs. | ) |
| **M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive,** | )<br>) |
| Defendant. | ) |

      I hereby certify that on Monday, August 6, 2007, I electronically filed the foregoing Answer to the Complaint of Plaintiff David Keef, individually, and on behalf of all others similarly situated, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Robert W. Thompson, Esq.
    Callahan, McCune & Willis, APLC
    111 Fashion Lane
    Tustin, California 92780-3397
    Robert_Thompson@cmwlaw.net

Dated: August 6, 2007    By    /s/ Henry W. Sledz, Jr.

Henry W. Sledz, Jr.
Bar # 2632217
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
hsledz@schiffhardin.com

Local Counsel for Defendant M.A. Morenson

CH1\ 5140481.1