E-FILED
Monday, 06 August, 2007  03:57:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **DAVID KEEF, individually, and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiffs,** | ) ) Case No. 07-c-1183 |
| vs. | ) ) ) |
| **M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive,** | ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF FILING

TO:    Robert W. Thompson, Esq.
       Callahan, McCune & Willis, APLC
       111 Fashion Lane
       Tustin, California 92780-3397

**PLEASE TAKE NOTICE THAT** on August 6, 2007, we filed with the United States District Court for the Central District of Illinois, Peoria Division, Defendant M.A. Mortenson Company's Answer, a copy of which is hereby served upon you.

Dated: August 6, 2007  By  /s/ Henry W. Sledz, Jr.

Henry W. Sledz, Jr.
Bar # 2632217
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
hsledz@schiffhardin.com

Local Counsel for Defendant M.A. Morenson

CH1\ 5140496.1