# IN THE UNITED STATED DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DAVID KEEF, individually, and on behalf of all others similarly situated,  )<br>)<br>) | |
| Plaintiffs,  )<br>) | Case No. 07-cv-1183 |
| vs.  )<br>)<br>)<br>) | **JOINT MOTION TO TRANSFER VENUE** |
| M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive,  )<br>)<br>) | |
| Defendant.  )<br>)<br>) | |

Defendant M.A. Mortenson Company and Plaintiff David Keef, individually, and on behalf of all others similarly situated (collectively referred to as "the parties"), by and through their respective counsel, hereby jointly move the Court for an Order to transfer venue to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

This joint motion is made upon all the files, records, and proceedings in this action and upon the joint memorandum.

Dated: August 30, 2007         FAEGRE & BENSON LLP

                              s/ David J. Goldstein
                              David J. Goldstein, MN Atty #175572
                                *dgoldstein@faegre.com*

                              2200 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, Minnesota  55402-3901
                              (612) 766-7000
                              Attorney for Defendant M.A. Mortenson
                              Company

Dated: August 30, 2007         CALLAHAN, McCUNE & WILLIS, APLC

                              s/ Robert W. Thompson
                              Robert W. Thompson, SBN 106411

                              111 Fashion Lane
                              Tustin, California  92780-3397
                              (714) 730-5700
                              Attorneys for Plaintiff David Keef,
                              individually, and on behalf of all others
                              similarly situated

fb.us.2263582.03