**IN THE UNITED STATED DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| DAVID KEEF, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-1183 |
| vs. | ) ) ) ) | **JOINT NOTICE OF MOTION TO TRANSFER VENUE** |
| M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive, | ) ) ) | |
| Defendant. | ) ) ) | |

PLEASE TAKE NOTICE that Defendant M.A. Mortenson Company and Plaintiff David Keef, individually, and on behalf of all others similarly situated (collectively referred to as "the parties"), by and through their respective counsel, jointly move the Court for an Order to transfer venue to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

Dated:  August 30, 2007	FAEGRE & BENSON LLP

s/ David J. Goldstein
David J. Goldstein, MN Atty #175572
 *dgoldstein@faegre.com*

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402-3901
(612) 766-7000
Attorney for Defendant M.A. Mortenson Company

Dated:  August 30, 2007	CALLAHAN, McCUNE & WILLIS, APLC

s/ Robert W. Thompson
Robert W. Thompson, SBN 106411

111 Fashion Lane
Tustin, California  92780-3397
(714) 730-5700
Attorneys for Plaintiff David Keef, individually, and on behalf of all others similarly situated