IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DAVID KEEF, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-cv-1183 |
| vs. | ) ) ) | **[PROPOSED] ORDER** |
| M.A. MORTENSON COMPANY and DOES 1 to 10, inclusive, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter came before the Court on the joint motion of Defendant M.A. Mortenson Company and Plaintiff David Keef, individually, and on behalf of all others similarly situated (collectively referred to as "the Parties"), for an order to transfer venue to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1404(a).

Based upon all of the files, records, and proceedings in this matter,

IT IS HEREBY ORDERED that the Parties' motion to transfer venue to the United States District Court for the District of Minnesota is GRANTED and the above captioned matter is hereby TRANSFERRED to the United States District Court for the District of Minnesota.

Dated: _____      _____
                                 **Hon. Michael M. Mihm,**
                                 United States District Judge

fb.us.2271298.01