

# UNITED STATES DISTRICT COURT

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309-671-7117

OFFICE OF THE CLERK
US Courthouse
100 NE Monroe
309 Federal Bldg.
Peoria, IL. 61602

September 5, 2007

In Re:07-1183 Keef v M.A. Mortenson Co., et al

Dear Clerk:

    On **September 4, 2007**, an order by the Honorable **Michael M. Mihm, US District Judge, was entered** transferring the above-mentioned case from this District Court to the US District Court of Minnesota.

    Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is:          and the password is           This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

    Please acknowledge receipt of the docket by returning a copy of this letter.

                        Very truly yours,
                         **JOHN M. WATERS, CLERK**

                        By s/ T. Kelch
                            **Deputy Clerk**

**RECEIPTED ACKNOWLEDGED ON:**

**BY**